DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO.  1:08CR131 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | O R D E R |
| Terry Hughley ) | |
| Defendant. ) | |
| ) | |
| ) | |

The defendant and his counsel, Terry Hughley appeared before this Court on October 21, 2013, with his counsel Charles Fleming.  Attorney Matt Cronin appeared on behalf of the government.  A report and recommendation was filed on September 30, 2013, (See docket #24). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that defendant's supervised release is hereby revoked, and that the defendant be committed to the custody of the Bureau of Prisons for a period of time served.  The period of supervised release is hereby terminated.

IT IS SO ORDERED.

| | |
|---|---|
| October 21, 2013 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |